UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KLM CONSULTING LLC,

                        Plaintiff,

-v-

PANACEA SHIPPING COMPANY, INC. and MAERSK AGENCY U.S.A., INC.,

                        Defendants.

22 Civ. 5194 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      On October 14, 2022, the Court received email correspondence from plaintiff's counsel indicating that he wishes to file a motion to withdraw as counsel without moving to appear pro hac vice. The Court will permit counsel to withdraw upon the appearance of successor counsel. With counsel's having initiated this action, the Court will not permit counsel now to withdraw without successor counsel for the client in place.

      SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: October 17, 2022
       New York, New York