UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KLM CONSULTING LLC,

                              Plaintiff,

-v-

PANACEA SHIPPING COMPANY, INC. and MAERSK
AGENCY U.S.A., INC.,

                              Defendants.

22 Civ. 5194 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       On October 17, 2022, the Court issued an order stating that it would permit plaintiff's counsel to withdraw only upon the appearance of successor counsel. Dkt. 26. On October 19, 2022, plaintiff's counsel stated that it had not received a response from plaintiff as to whether it had obtained substitute counsel, and requested that the Court adjourn the initial pretrial conference currently scheduled for October 27, 2022.

       Accordingly, the Court adjourns the initial pretrial conference to November 9, 2022 at 10 a.m. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. By the date of the initial pretrial conference, counsel for all parties are required to register as filing users in accordance with the Procedures for Electronic Case Filing. Counsel are further directed to prepare a Civil Case Management Plan and Scheduling Order in accordance with the Court's Individual Rules, to be submitted to the Court no later than **four business days before the initial pretrial conference**. Counsel are further directed to submit to the Court, no later than **four business days before the date of the initial conference**, a joint letter, not to exceed three single-spaced pages in length, addressing the following topics in

separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; and (3) the prospect for settlement. For the Court's convenience, the parties are requested to set forth the date and time of the conference in the opening paragraph of the letter. Counsel should enter their appearances via docketed letter or email within 24 hours of the conference.

Furthermore, plaintiff's counsel are directed to file, by November 4, 2022, a status update as to their communication with plaintiff and proposed next steps in this action.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      Paul A. Engelmayer
                                                      United States District Judge

Dated: October 21, 2022
           New York, New York