UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KLM CONSULTING LLC,

                            Plaintiff,

-v-

PANACEA SHIPPING COMPANY, INC. and MAERSK AGENCY U.S.A., INC.,

                            Defendants.

22 Civ. 5194 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       On November 9, 2022, the Court held an initial pretrial conference in this case. The Court approved the parties' proposed case management plan and scheduled the next case management conference for April 10, 2023 at 2 p.m. ET. Counsel for plaintiff KLM Consulting LLC ("KLM") and defendant Maersk Agency U.S.A., Inc. ("Maersk") attended the conference. Defendant Panacea Shipping Company, Inc. ("Panacea"), which has not yet appeared in this action, did not attend.

       As ordered at the conference, Maersk shall file, by November 16, 2022, a letter summarizing its efforts to contact and serve Panacea with the filings regarding the removal and transfer of this case. KLM and Maersk shall promptly contact Panacea regarding the status of this case and the Court's approval of the case management plan and make clear that Panacea's failure to appear before this Court may result in adverse outcomes, including a default judgment. The Court directs KLM and Maersk to file, by November 18, 2022, a letter updating the Court on its efforts to contact Panacea and proposed next steps. Insofar as Maersk intends to implead Panacea, it shall do so forthwith, and promptly serve Panacea, and promptly file on the docket a notice reflecting its service of its impleader filings on Panacea.

Finally, counsel for KLM shall move to appear *pro hac vice* in this action forthwith.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 9, 2022
  New York, New York

2