UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KLM CONSULTING LLC,

                          Plaintiff,

-v-

PANACEA SHIPPING COMPANY, INC., MAERSK AGENCY U.S.A, INC.,

                          Defendants.

22 Civ. 5194 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Defendant Maersk Agency U.S.A., Inc. ("Maersk") has moved for the case management conference scheduled for Monday, April 10, 2023 at 2 p.m. to serve as a pre-motion conference. *See* Dkt. 54. Plaintiff KLM Consulting LLC ("KLM") is directed to file, by Thursday, April 6, 2023, a response to KLM's letter in accordance with the Court's Individual Rules and Practices.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 3, 2023
       New York, New York