UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KLM CONSULTING LLC,

                        Plaintiff,

      -v-

PANACEA SHIPPING COMPANY, INC. ET AL.,

                      Defendants.

22 Civ. 5194 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On April 10, 2023, the Court held a pre-motion conference, in which it denied plaintiff KLM Consulting LLC's ("KLM") request for leave to amend its complaint, and set the following briefing schedule for defendant Maersk Agency U.S.A., Inc.'s ("Maersk") anticipated motion for summary judgment:

- <u>April 24, 2023</u>: Maersk's motion for summary judgment and Rule 56.1 statement;
- <u>May 8, 2023</u>: KLM's opposition and Rule 56.1 statement; and
- <u>May 22, 2023</u>: Maersk's reply brief.

As to the parties' motions for default judgment, the parties are reminded that their motions must comply with the Court's Individual Rules and Practices.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 10, 2023
       New York, New York