UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                                                               :
KLM CONSULTING LLC,                                      :
                                                                               :                     22 Civ. 5194 (PAE)
                                   Plaintiff,                        :
                                                                               :                           ORDER
                            -v-                                             :
                                                                               :
PANACEA SHIPPING COMPANY, INC. ET AL.,    :
                                                                               :
                                  Defendants.                  :
                                                                               :
------------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

       Herd Law Firm, PLLC has moved to withdraw as counsel of record on behalf of plaintiff KLM Consulting LLC ("KLM"). Dkt. 67. "[A] layperson may not represent a separate legal entity such as a corporation." *Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007). KLM, as a legal entity, cannot continue to defend this lawsuit unless it finds new counsel. The Court, accordingly, will give it two weeks, until May 5, 2023, to retain a new attorney and for that new attorney to formally appear on its behalf, and will, until May 5, 2023, hold in abeyance Herd Law Firm's request to withdraw as counsel. The Court expects to grant the motion at that time, and will do so earlier if successor counsel appears on KLM's behalf before then. In the event that KLM remains unrepresented after May 5, 2023, the Court will be compelled to evaluate defendant Maersk Agency U.S.A. Inc.'s ("Maersk") anticipated motion for summary judgment as unopposed. All other deadlines remain in place.

       Herd Law Firm is directed to serve a copy of this order on KLM forthwith. Upon the completion of service, Herd Law Firm shall file a sworn declaration or affidavit on ECF attesting that service was made and specifying the dates and means of such service.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: April 21, 2023
       New York, New York

2