UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KLM CONSULTING LLC,

                            Plaintiffs,

            -v-

PANACEA SHIPPING COMPANY, INC. AND MAERSK AGENCY U.S.A., INC.,

                            Defendants.

22 Civ. 5194 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Currently pending before the Court is plaintiff KLM Consulting LLC's ("KLM") motion for default judgment against defendant Panacea Shipping Company, Inc. ("Panacea").[1] *See* Dkts. 56, 64, 66. On April 17, 2023, the Clerk of Court issued a certificate of default as to Panacea. Dkt. 65. Panacea has not responded or otherwise appeared in this case, despite being properly served. *See, e.g.*, Dkts. 39, 49, 56-1.

The Court has reviewed KLM's papers in support of its motion and directs KLM to file, no later than July 6, 2023, a memorandum of law providing the legal basis on which to find that the Complaint's factual allegations, when taken as true, establish its claims against Panacea, as well as the basis for each element of damages and legal authority as to whether an inquest into damages is necessary. If Panacea wishes to oppose the motion, its counsel shall enter a notice of appearance no later than July 13, 2023, and file an opposition on ECF, explaining why a default judgment is not warranted, by July 13, 2023. KLM is to serve this order, and the papers in

---

[1] Defendant Maersk Agency U.S.A., Inc. also requested entry of default as to Panacea, *see* Dkt. 55, but indicated in its June 15, 2023 letter to the Court that this motion was no longer pending, *see* Dkt. 75. Accordingly, the Court respectfully directs the Clerk of Court to close the motion pending at docket number 55.

1

support of plaintiff's motion for a default judgment on defendant forthwith and file proof of this service no later than July 6, 2023.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: June 29, 2023
       New York, New York