**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KLM CONSULTING LLC,

                Plaintiff,

   -against-                                      22 **CIVIL** 5194 (PAE)(SLC)

                                                          **JUDGMENT**

PANACEA SHIPPING COMPANY, INC. et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 23, 2024, judgment is entered for plaintiff against the defaulting defendant, and awarding plaintiff (1) compensatory damages in the amount of $500, (2) pre-judgment interest on its compensatory damages at a rate of nine percent per year from May 22, 2021 through the date of entry of judgment, in the amount of $161.63, and (3) post-judgment interest pursuant to 28 U.S. C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York

         December 23, 2024

                                                                **TAMMI M. HELLWIG**

                                                                   **Clerk of Court**

                                        **BY:**     *K. Mango*

                                                                    **Deputy Clerk**